UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES ROY SHARPLIN

    Plaintiff,

v.                                               3:06-cv-95

SHERIFF DAVID DAVENPORT,

    Defendant.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                                 s/ Thomas W. Phillips
                                                United States District Judge